# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

CASE NO. 6D23-1444
LOWER TRIBUNAL NO. 2017-CF-2865-A-O

_____

CEDRICK DAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Renee A. Roche, Judge.

May 28, 2024

PER CURIAM.

AFFIRMED.

SMITH and MIZE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Cedrick Davis, DeFuniak Springs, pro se.

Ashley Moody, Attorney General, Tallahassee, and Deborah Chance, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED